# IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| JAYDEEN C. DELA CRUZ, | CIVIL CASE NO. 16-00031 |
| Plaintiff, | |
| vs. | **ORDER** |
| OMSC EXCHANGE NEW CAR SALES, | |
| Defendant. | |

On July 7, 2016, the court ordered the Plaintiff to file an amended complaint, within 14 days, to show that her claim rightfully belongs in this court. Plaintiff was also put on notice that failure to timely amend the complaint shall result in the dismissal of the case. There having been no amended complaint filed within the timeframe ordered by this court, the court hereby DISMISSES the above-captioned case.

**SO ORDERED.**

/s/ Frances M. Tydingco-Gatewood
  Chief Judge
**Dated: Aug 01, 2016**